**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

Mina Sedarous,

v.

Henry Ford Health System d/b/a Henry Ford Hospital

_____/

Civil No: 19-12525

Judicial Officer: Linda V. Parker

# TAXED BILL OF COST

On September 30, 2021, a judgment was entered in favor of **the Defendant.** The prevailing party now requests the clerk to tax the following costs:

|   |   | Amount Requested | Amount Allowed | CLERK'S COMMENTS |
|---|---|---|---|---|
| A | Fees of the Clerk (28:1920(1))(28:1923) |  |  |  |
| B | Service Fees |  |  |  |
| C | Court Reporter Fees | $1,844.15 | $1,844.15 |  |
| D | Printing Fees |  |  |  |
| E | Witness Fees |  |  |  |
| F | Exemplification & Copy Fees |  |  |  |
| G | Docket fees (28 U.S.C. 1923) |  |  |  |
| H | Costs on Mandate of Appeal |  |  |  |
| I | Court-appointed experts |  |  |  |
| J | Interpreters and Services |  |  |  |
| K | Other costs |  |  |  |
|   | **TOTALS** | $1,844.15 | $1,844.15 |  |

**After the taxation clerk has taxed costs, counsel for either side may, within seven (7) days, file motions to review the clerk's action.**

Date: 10/26/21

Kinikia D. Essix, Clerk

s/D.Peruski
*Deputy Clerk*

Rev. 11/22/11

# Mailing Information for a Case 2:19-cv-12525-LVP-APP Sedarous v. Henry Ford Health System d/b/a Henry Ford Hospital

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Christopher A Brown**
  cbrown@oliverlawgroup.com
- **Russell F. Ethridge**
  russ@rethridgelaw.com,blbwlaw@yahoo.com
- **Alyson L. Oliver**
  notifications@oliverlg.com,aoliver@oliverlg.com
- **Bert T. Ross**
  bert@bertrosslaw.com